UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL        JS-6

Case No.  2:24-cv-07704-TJH-JC                              Date: December 5, 2024

Title:   *Terren D. Adams v. County of Fresno Dep't of Children & Family Servs., et al.*

Present:  The Honorable TERRY J. HATTER, U.S. District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

Plaintiff failed to pay the filing fee and file a notice that it had been paid, as ordered on October 22, 2024.

Accordingly, this action is **DISMISSED** without prejudice.

IT IS SO ORDERED.